1  **ANDERSON, JULIAN & HULL, LLP**
   TRACY J. CRANE (*Pro Hac Vice*)
2  *tcrane@ajhlaw.com*
   250 South Fifth Street, Suite 700
3  Boise, ID 83707-7426
   Telephone:  (208) 344-5800
4  Facsimile:   (208) 344-5510

5  **THE LAW OFFICES OF ALEX W. CRAIGIE**
   ALEX W. CRAIGIE (SBN 166766)
6  *Alex@CraigieLawfirm.com*
   12100 Wilshire Boulevard, Suite 800
7  Los Angeles, California 90025
   Telephone: (323) 652-9451
8  Facsimile: (888) 508-8151

9  Attorneys for Defendant
   DENNIS DILLON RV, LLC

10

11                    **UNITED STATES DISTRICT COURT**

12               **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13

14  TIMOTHY SCOTT THORPE, an          )   Case No.:  8:16-CV-00793
    individual,                        )   [Hon. James V. Selna]
15                                     )
                 Plaintiff,            )   **DECLARATION OF LENNY RAZO**
16        vs.                          )   **CORRECTING MISSTATEMENTS**
                                       )   **RE: SALES AND INCENTIVE**
17  DENNIS DILLON RV, LLC, an Idaho    )   **PROGRAM (Dkts. 52-2, 52-27)**
    limited liability company; DENNIS  )
18  DILLON RV, LLC, a California limited )
    liability company; and DOES 1      )
19  THROUGH 20, inclusive;             )   Complaint Filed:   March 15, 2016
                                       )   Trial Date:          April 4, 2017
20        Defendants.                  )
                                       )
21                                     )
                                       )
22  _____)

23

24        LENNY RAZO declares:

25        1.    I am over the age of 18 and, if called as a witness, I could and would

26  testify competently to the following information from my own personal

27
                                        1

1  knowledge.

2      2.    I currently am the _VP of Sales & Marketing__ at Fleetwood RV.

3      3.    In 2015, I was the _Director of Sales_____ at Fleetwood RV.

4      4.    My duties in 2015 included administering and coordinating the

5  American Coach National Retail Assistance Program Fleetwood offered to certain

6  RV dealerships in 2015.

7      5.    I have been provided and reviewed a copy of the document entered as

8  Exhibit 161 in this matter. I have also reviewed the statements in the *Supplemental*

9  *Declaration of Timothy Scott Thorpe* (Dkt. 52-2).

10      6.    In paragraph 9 of Dkt. 52-2, Thorpe refers to Exhibit 161 (Dkt. 52-27)

11  and makes the following statement:

12      . . . I recognize page one of [Exhibit 161] to be a

13      projection on retail assistance for units that DDRV

14      purchased in the final quarter of 2015. The numbers

15      appearing in the "Projections" column squares with my

16      recollection of units that DDRV purchased from ARG in

17      and around October of 2015. The $710,000 "Estimated

18      Total Cost" reflected on this document represents the

19      amount of income that DDRV could expect to receive

20      upon sale of each of the projected units.

21      7.    Thorpe was not involved in the preparation of Exhibit 161-1. It is an

22  internal document that I prepared and circulated within Fleetwood.

23      8.    Thorpe's statements are incorrect in all respects. The "Estimated Total

24  Cost" of $710,000 was Fleetwood's estimated nationwide cost under the program.

25  That is, it was the cumulative amount Fleetwood estimated it would pay to all

26  participating RV dealerships in 2015. The amount is not an estimate of what

27

28  **DECLARATION OF LENNY RAZO CORRECTING MISSTATEMENTS**
**RE: SALES AND INCENTIVE PROGRAM (Dkts. 52-2, 52-12, 52-27)**

1    DDRV would earn in the program.

2        9.    Thorpe incorrectly states that DDRV purchased the units enumerated

3    in the center of Exhibit 161-2 under the columns "Product," "Projections," "Assist

4    Amt," and "Total Projected Amt." First, Thorpe is incorrect is stating the units

5    reflect purchased units. The units are projected amounts for the entire program,

6    nationwide. Second, Thorpe is incorrect in stating the units are those related to

7    DDRV. As noted, the units are projected units for the entire program, for all

8    participating RV dealerships, nationwide.

9        10.   Upon reviewing Thorpe's declaration and Exhibit 161, I reviewed

10   Fleetwood's records of DDRV's participation in the program.

11       11.   Only one unit DDRV sold qualified for this program. That unit was an

12   Allegiance 21001 with a retail date of 10/27/15.

13       12.   Fleetwood paid DDRV the incentive for that unit through Check No.

14   44228395 on 12/30/2015. The amount was $10,000.

15       13.   To be clear, the total amount DDRV earned under the nationwide

16   program described in Exhibit 161 is $10,000.

17       I declare under penalty of perjury of the laws of California that the

18   foregoing is true and correct and that this declaration was signed on the _9_ day of

19   March 2017, in __Decatur_____, Indiana.

Lenny Razo

3

**DECLARATION OF LENNY RAZO CORRECTING MISSTATEMENTS**
**RE: SALES AND INCENTIVE PROGRAM (Dkts. 52-2, 52-12, 52-27)**