JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SCOTT THORPE, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>DENNIS DILLON RV, LLC, an Idaho limited liability company; DENNIS DILLON RV, LLC, a California limited liability company; and DOES 1 THROUGH 20, inclusive;<br><br>    Defendants. | Case No.: 8:16-CV-00793<br>[Hon. James V. Selna]<br><br>**JUDGMENT** |

    The action came on for hearing before the Court on February 13, 2017, the Hon. James V. Selna, United States District Court Judge presiding, on a motion for summary judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

    IT IS ORDERED AND ADJUDGED that the Plaintiff Timothy Scott Thorpe take nothing, that the action be dismissed on the merits and that Defendant

1

**JUDGMENT**

Dennis Dillon RV LLC recover its costs.

Dated: March 24, 2017

By: /s/ James V. Selna
UNITED STATES DISTRICT JUDGE

**JUDGMENT**